UNITED STATE DISTRICT COURT

FILED
MAR - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CORNELIUS A. HARLEY,
    PLAINTIFF,

V.    CIV. NO. 04-1308-KAJ

STATE OF DELAWARE, RAPHAEL R. WILLIAMS, DEPARTMENT OF CORRECTION AND CORRECTIONAL OFFICER CANNON,

RE: STATE OF DELAWARE

V.

CORNELIUS A. HARLEY

    IN ADDITION, TO THE ABOVE CASE, I AM REQUESTING THAT YOU PLEASE FORWARD TO ME THE UP-DATE STATUS OF MY CASE STATED ABOVE. YOUR PROMPT ASSISTANCE WOULD BE GREATLY APPRECIATED.

RESPECTFULLY SUBMITTED,

DATED: 03/03/05

Mr. Cornelius A. Harley
MR. CORNELIUS A. HARLEY
SBI-NO. 117751 ID# POD
P.O. BOX 9561-H.R.Y.C.F.
WILMINGTON, DELAWARE.
19809.