OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 8, 2005

TO: Cornelius Andre Harley
#117751
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

*RE: Letter Requesting Status of Case; CA 04-1308 KAJ*

Dear Mr. Harley:

This office has received a letter from you requesting the status of the above mentioned civil action. Your case is assigned to the Honorable Kent A. Jordan and is currently pending before the Court. You will be advised by the Court as to further developments in your case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan: CA 04-1308 KAJ
enc. Docket Sheet