IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELIOUS A. HARLEY,               ) | |
|                                     ) | |
|        Plaintiff,                   ) | |
|                                     ) | |
|   v.                                ) | Civ. No. 04-1308-KAJ |
|                                     ) | |
| STATE OF DELAWARE, RAPHAEL R.       ) | |
| WILLIAMS, DEPARTMENT OF             ) | |
| CORRECTION, and CORRECTIONAL        ) | |
| OFFICER CANNON,                     ) | |
|                                     ) | |
|        Defendants.                  ) | |

### AMENDED ORDER

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on November 8, 2004, the Court entered an order requiring plaintiff to complete and return USM-285 forms for each defendant, and informing plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m)(D.I. 6);

WHEREAS, to date, <u>the required USM-285 forms for the the State of Delaware and the Department of Corrections</u> have not been received from plaintiff;

THEREFORE, at Wilmington this 15th day of March, 2005, IT IS HEREBY ORDERED that:

1. Defendants the State of Delaware and the Department of Corrections are DISMISSED WITHOUT PREJUDICE as parties to this action pursuant to Fed. R. Civ. P. 4(m).

2. The clerk of the court shall provide a copy of this order to the United States Marshal.

/s/ [signature]
United States District Judge