FILED
MAR 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mr. Cornelius A. Harley
SBI- No. 117751-ID*
H.R.Y.C.F. - Box 9561
1301 East 12th Street
Wilmington, Delaware

MARCH 10th, 05

TO: PETER T. DALLEO, CLERK,

    IN ADDITION TO THE ABOVE, INCLOSED YOU WILL FIND A LETTER FROM YOUR OFFICE, I RECEIVED DATED: MARCH 7th, 05. ATTACHED COURT DOCKET WHEREAS, IT DOES NOT IMPLICATE ALL THE UNITED STATES MARSHALS SERVIE FORM I SENT TO THIS OFFICE ON 11/18/04. IN CLOSED IS A COPY OF THE FORMS I SENT TO THIS OFFICE.

    HOWEVER, AGAIN, I AM SENDING "4-MORE COPYIES, TO BE IMPLICATED ON THE COURT DOCKET SHEET. HOPEFULLY, MY CASE CAN NOW MOVE FORWARD. I DON'T KNOW WHAT HAPPEN TO THE U.S. MARSHALS FORMS ALREADY SENT, WHEREBY, IT IS RELEVANT TO NOTE THAT IT WAS "NOT" MY ERROR!. THEREFORE, CAN YOU PLEASE BE SO KIND ASTO FORWARE TO ME (A "NEW") COURT DOCKET REPORT DATED: FROM MARCH 7th, 05, TO THE ABOVE DATE, OR TO THE DATE THESE ADDITIONAL FORM ARE RECEIVD.

                                RESPECTFULLY SUBMITTED
                                Mr. Cornelius A. Harley
C/C:                          MR. CORNELIUS A. HARLEY

UNITED STATE DISTRICT COURT


FILED
MAR - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CORNELIUS A. HARLEY,
    PLAINTIFF,

V.                          CIV. NO. 04-1308-KAJ

STATE OF DELAWARE, RAPHAEL R.
WILLIAMS, DEPARTMENT OF CORRECTION
AND CORRECTIONAL OFFICER CANNON,

RE: STATE OF DELAWARE
V.
CORNELIUS A. HARLEY

IN ADDITION, TO THE ABOVE CASE, I AM REQUESTING THAT YOU PLEASE FORWARD TO ME THE UP-DATE STATUS OF MY CASE STATED ABOVE. YOUR PROMPT ASSISTANCE WOULD BE GREATLY APPRECIATED.

RESPECTFULLY SUBMITTED,

DATED: 03/03/05

Mr. Cornelius A. Harley
MR. CORNELIUS A. HARLEY
SBI-NO. 117751  1D# POD
P.O. BOX 9561-H.R.Y.C.F.
WILMINGTON, DELAWARE.
19809.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 8, 2005

TO: Cornelius Andre Harley
#117751
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

RE: *Letter Requesting Status of Case; CA 04-1308 KAJ*

Dear Mr. Harley:

This office has received a letter from you requesting the status of the above mentioned civil action. Your case is assigned to the Honorable Kent A. Jordan and is currently pending before the Court. You will be advised by the Court as to further developments in your case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan: CA 04-1308 KAJ
enc. Docket Sheet

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01308-KAJ
### Internal Use Only

Harley v. State of Delaware, et al
Assigned to: Honorable Kent A. Jordan
Demand: $5000
Case in other court: USDC/DE, 95cv606LON
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 09/28/2004
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Cornelius Andre Harley**   represented by   **Cornelius Andre Harley**
#117751
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809
PRO SE

V.

**Defendant**

**State of Delaware**

**Defendant**

**Warden Raphael Williams**

**Defendant**

**State of Delaware Department of Corrections**

**Defendant**

**C/O Cannon**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2004 | 1 | MOTION by Cornelius Andre Harley to Proceed in Forma Pauperis re: [1-1] motion (els) (Entered: 09/29/2004) |
| 09/28/2004 | 2 | COMPLAINT filed. (els) (Entered: 09/29/2004) |
| 10/06/2004 | 3 | CASE assigned to Judge Kent A. Jordan . Notice to all parties. (rjb) (Entered: 10/06/2004) |
| 10/19/2004 | 4 | ORDER granting [1-1] motion to Proceed in Forma Pauperis and assessing $150.00 filing fee. An initial partial filing fee of y shall be required. Pltf shall return the attached payment authorization w/in 30 |

| | | |
|---|---|---|
| | | days. Failure to return payment authorization shall result in dismissal of action w/out prejudice. Set Notice of Compliance deadline to 11/18/04 for Cornelius Andre Harley ( signed by Judge Kent A. Jordan ) copy to: Pltf w/Mag. Consent form (rwc) (Entered: 10/19/2004) |
| 10/19/2004 | | FILING FEE $ 150.00 assessed. (rwc) (Entered: 10/19/2004) |
| 10/27/2004 | 5 | Authorization by Cornelius Andre Harley requesting prison business office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (rwc) (Entered: 10/28/2004) |
| 10/27/2004 | | **Terminated deadlines (rwc) (Entered: 10/28/2004) |
| 11/08/2004 | 6 | ORDER - that Pltf sahll complete and return a USM 285 form for service upon each Deft as well as the DE Attorney General. Upon receipt of the USM 285 forms, the US Marshal shall serve the Complaint as directed. ( signed by Judge Kent A. Jordan ) copies to: Pltf (rwc) (Entered: 11/08/2004) |
| 02/18/2005 | 7 | AFFIDAVIT for Entry of Default filed by Cornelius Andre Harley. (rwc, ) (Entered: 02/18/2005) |
| 03/07/2005 | 8 | Letter dated 3/3/05 to Clerk from Cornelius A. Harley regarding Requesting status of case. (rwc, ) (Entered: 03/08/2005) |