UNITED STATE DISTRICT COURT OF DELAWARE

CORNELIUS A. HARLEY,
      PLAINIFF,

VS.                            CIV. NO. 04-1308-KAJ

STATE OF DELAWARE, RAPHAEL R.
WILLIAMS, DEPARTMENT OF
CORRECTION AND % CANNON.

    IN THE ADDITION TO THE ABOVE, DATED MARCH 7th, 2005, THE PLAINIFF SUBMITTED A DOCUMENT TO THIS COURT QUESTING THE UP-DATE STATUS OF HIS CASE. HOWEVER, MARCH 11th, 2005, PLAINIFF RECEIVED A "COURT ORDER" STATING HIS 42 U.S.C. CLAIM HAS BEEN DISMISSED FOR REASON ( NONE OF THE REQUIRED USM-285 FORMS HAVE BEEN RECEIVED BY THE PLAINTIFF).

    HOWEVER, IT IS LUDICROUS TO ASSUME THAT THE U.S. MARSHAL FORMS "WAS NOT" SENT TO THIS COURT AFTER ALL THE CONSISTENT FILING'S OF THIS CLAIM. THE PLAINIFF IS A INMATE AT H.R.Y.C.F., AND ONCE THE PLAINIFF SUBMIT ANY "MAIL LEGAL, OR OTHER WISE, IN TO THE HANDS OF THE CORRECTIONAL OFFICER TO PLACE INTO THE MAIL BAG, OR MAIL-ROOM, IT IS OUT OF THE CONTROL OF THE INMATE, HE CAN ONLY PRAY THAT THE MAIL GET'S TO ITS PROPER DESTINATION. IT IS RELEVANT TO NOTE THAT MR. JOHNSON "STAFF" AT H.R.Y.R.C.F. WHO WORKS IN THE PRISON LAW-LIBRARY

1).

AS THE PARLEGAL "DID" ON 11/18/04 "DID" GIVE THE PLAINIFF 4- U.S. 285 MARSHAL FORMS AND "DID" HELP THE PLAINIFF IN THE PROPER WAY TO FILL OUT THE FORMS. EVEN MORESO, HE "DID" ALSO SUPPLY THE PLAINIFF WITH THE ENVOLPE'S TO MAIL THE DOCUMENTS TO THIS HONORABLE DISTRICT COURT.

THEREFORE, MR. JOHNSON' WILL AT THIS TIME SIGN AN DATE, AND PLACE A NOTARY SEAL ON THIS DOCUMENT TO AGREE TO THIS FACT. "UNDER PENALTY OF PERJURY.

WITH RESPECT TO, THE PLAINIFF PRAY THAT THE COURT "REINSTATE, HIS CLAIM IN THE INTEREST OF JUSTICE", OR WITHIN EXTRORINARY CIRCUMSTANCES. TO AVOID APPEALING THIS ISSUE TO A HIGHER COURT, OR AVOID REQUESTING AN EVIDENTIARY HEARING, OR TO AVOID RESUBMITTING THIS CLAIM.

WHEREFORE, THE PLAINIFF RESPECTFULLY REQUEST THAT THIS HONORABLE COURT RECONCIDER ITS "ORDER, DISMISSING THE PLAINIFF CLAIM DATED 03/11/~~~~. 2004

3/17/05
DATED:

Mr. Cornelius A. Harley
MR. CORNELIUS HARLEY
SBI- NO. 112751

Rodderick Johnson
NOTARY

3/17/05
DATED:

C/C:

2).