CIV. NO. 04-1308-KAJ

RE: RECONSIDERATION


FILED
MAR 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COMES NOW, THE PLAINIFF <u>CORNELIUS A. HARLEY</u>, PRO SE, WHO RESPECTFULLY REQUEST THAT THIS COURT RECONSIDER ITS DECISION DISMISSING PLAINIFF's CIVIL ACTION CLAIM AGAINST "<u>DEFENDANTS STATE OF DELAWARE AND THE DEPARTMENT OF CORRECTION</u>.

HOWEVER, PURSUANT TO FED. R. CIV. F. 9.(M)(D1).(6). IT IS RELEVANT TO NOTE THAT THE PLAINIFF FORWARD 4-ADDITIONAL COPIES OF THE UNITED STATES MARSHALL FORMS ON 03-13-05, OPPOSED TO THE 3-ALREADY SERVERED TO THIS COURT. IN SUPPORT OF THIS DOCUMENT THE PLAINIFF ASSERTS AS FOLLOWS: SEE, NEXT PAGE . . . . ,

03/27/2005
DATED;

Cornelius A. Harley
CORNELIUS A. HARLEY
SBI-NO. 117751
H.R.Y.C.F., BOX 9561
WILMINGTON, DELA. 19809

C/C:
03/27/05,

UNITED STATE DISTRICT COURT OF DELAWARE

CORNELIUS A. HARLEY,
          PLAINIFF,

VS.                                    CIV. NO. 04-1308-KAJ

STATE OF DELAWARE, RAPHAEL R.
WILLIAMS DEPARTMENT OF CORRECT-,
ION AND C/O CANNON.

   IN THE ADDITION TO THE ABOVE, DATED MARCH 7th, 2005, THE PLAINIFF SUBMITTED A DOCUMENT TO THIS COURT QUESTING THE UP-DATE STATUS OF HIS CASE. HOWEVER, MARCH 11th, 2005, PLAINIFF RECEIVED A "COURT ORDER" STATEING HIS 42-U.S.C. CLAIM HAS BEEN DISMISSED FOR REASON (NONE OF THE REQUIRED USM-285 FORMS HAVE BEEN RECEIVED BY THE PLAINIFF).

   HOWEVER, IT IS LUDICROUS TO ASSUME THAT THE U.S. MARSHAL FORMS "WAS NOT, SENT TO THIS COURT AFTER ALL THE CONSISTENT FILING OF THIS CLAIM. THE PLAINIFF IS A INMATE AT H.R.Y.C.F. AND ONCE THE PLAINIFF SUBMITS ANY "MAIL LEGAL OR OTHER WISE, INTO THE HANDS OF THE CORRECTIONAL OFFICER TO BE PLACED INTO THE MAIL BAG, OR MAIL ROOM, IT IS OUT OF THE CONTROL OF THE INMATE. HE CAN ONLY PRAY THAT THE MAIL GETS TO ITS PROPER DESTINATION. IT IS RELEVANT TO NOTE THAT MR. JOHNSON' "STAFF" AT H.R.Y.C.F. WHO WORKS IN THE LAW-LIBRARY AS A PARLEGAL "DID"

                                              1 ).

ON 11/18/04 "DIO" GIVE THE PLAINIFF 4- U.S. 285 MARSHAL FORMS AND "DIO" HELP THE PLAINIFF IN THE PROPER WAY TO FILL OUT THE FORMS. EVEN MORE SO, HE "DIO" ALSO SUPPLY THE PLAINIFF WITH THE ENVOLPE'S TO MAIL THE DOCUMENTS TO THIS HONORABLE COURT.

THEREFORE, MR. JOHNSON' WILL AT THIS TIME SIGN AN DATE, AND PLACE A NOTARY SEAL ON THIS DOCUMENT TO AGREE TO THIS FACT. "UNDER PENALTY OF ET PERJURY."

WITH RESPECT TO, THE PLAINIFF PRAY THAT THE COURT "REINSTATE, HIS CLAIM IN THE INTEREST OF JUSTICE" OR WITHIN EXTRORINARY CIRCUMSTANCE. TO AVOID APPEALING THIS ISSUE TO A HIGHER COURT, OR AVOID REQUESTING AN EVIDENTIARY HEARING, OR TO AVOID RESUBMITTING THIS CLAIM.

WHEREFORE, THE PLAINIFF RESPECTFULLY REQUEST THAT THIS HONORABLE COURT RECONCIDER ITS "ORDER, DISMISSING THE PLAINIFF CLAIM DATED 03/11/. 2004.

03/24/05
DATED:

Mr. Cornelius Harley
MR. CORNELIUS HARLEY

Rodderick Johnson
NOTARY

3/24/05
DATED:

c/c.

3/17/05

UNITED STATES DISTRICT COURT

CORNELIUS A. HARLEY,
       PLAINIFF,
VS.                                    CIV. NO. 04-1308, KAJ
STATE OF DELAWARE,
RAPHAEL R. WILLIAMS
DEPARTMENT OF CORRECT-
ION, AND CORRECTIONAL
OFFICER "CANNON".

COMES NOW, ~~DEFENDANT~~ PLAINIFF CORNELIUS HARLEY, PRO SE, WHO RESPECTFULLY REQUEST THAT THIS HONORABLE COURT REINSTATE HIS CIVIL ACTION CLAIM 42 USC 1983 COMPLAINT.

1). DATED: 09/13/04, THE DEFENDANT FILED HIS COMPLAINT IN THE U.S. DISTRICT COURT OF DELAWARE.

2). DATED: 10/06/04, HONORABLE JUDGE' KENT A JORAN, WAS ASSIGNED TO THE CASE.

3). DATED: 11/08/04, THE COURT DETERMINED THE CLAIM WAS NOT FRIVOLOUS.

1).

4). DATED: 11/18/04, THE PLAINIFF GAVE TO THE CORRECTIONAL OFFICER A ENVOLOPE CONTAINING 4-USC MARSHALL FORMS TO BE PLACED IN TO THE "INSTITUTIONAL MAIL BAG. ALL MAIL MUST THEN BE FORWARD TO THE MAIL ROOM ON NEXT SHIFF.

5). DATED: 02/10/05, THE PLAINIFF FILED A MOTION FOR DEFAULT, WHEREBY, DEFENDANT'S WAS NOT RESPONDING TO THE CLAIM OR ORDER'S OF THE COURT

6). DATED: 03/07/05, THE PLAINIFF THEN FILED A DOCUMENT FOR UP-DATE STATUS ON THE CASE CITED HERE.

7). DATED: 03/07/05, TO COURT FORWARD A DOCUMENT STATING THE CLAIM IS CURRENTLY PENDING. ATTACHED THERETO WAS A COURT DOCKET. AS PLAINIFF REVIEWED THE DOCKET, HE NOTICE THAT THE U.S. MARSHALL FORMS WAS NOT IMPLICATED. HE THEN FORWARD 4-MORE U.S. MARSHALL FORMS ALONG WITH HIS PERSONAL COPY SHOWING THAT HE DID MAIL THE FORMS AS DIRECTED BY THE COURT.

2).

8). DATED: 03/11/05, THE U.S. DISTRICT COURT MAILED AN ORDER DISSMISSING PLAINIFF CLAIMS FOR FAILING TO FORWARD THE MARSHALL FORMS. THUS, FORWARD AN ORDER DATED: 07/15/05, DISSMISSING THE PLAINIFF'S CLAIM AFTER HE SENT THE COURT 4-ADDITIONAL MARSHALL FORMS. AND, HIS PERSUNAL COPY, TO SHOW THE COURT.

9). HERE, THE COURT DID IN FACT SETFORTH AN ORDER STATING THE PLAINIFF'S CLAIM "WAS NOT" FRIVOLOUS. EVENMORESO, THE SAME COURT HAD DETERMINED THAT THE CLAIM "WAS NOT" MALICIOUS, OR FAILS TO STATE A CLAIM WHICH RELIEF MAY BE GRANTED.

10). HOWEVER, DATED: 8th, 2004, "ORDER" "ENCLOSED", THE COURT WILL FIND THAT THE UNITED STATES DISTRICT COURT HAD SETFORTH WHICH STATES THAT = ....,
AND SAID DEFENDANTS SHALL BE RE- QUIRED TO BEAR THE COST RELATED TO SUCH SERVICE, UNLESS GOOD CAUSE IS SHOWN FOR FAILURE TO SIGN AND RETURN THE WAIVER?.

3),

HERETO, THIS SAME ORDER SHOULD APPLY TO THE PLAINIFF WHERE GOOD CAUSE HAS BEEN SHOWN FOR FAILURE TO COMPLY TO THE RULE.

11). THE PLAINIFF IS AN INMATE AT HOWARD R. YOUNG INSTITUTION, AND WHEN A INMATE PLACE ANY U.S. MAIL IN THE HANDS OF A CORRECTIONAL OFFICER, THE MAIL THEN BECOMES OUT OF THE CONTROL OF THE INMATE. BECAUSE OF THE OVERCROWEDED PRISON COMLICATIONS ANY THING COULD HAVE HAPPEN TO THIS MAIL. ITS NOT THE FIRST TIME MAIL GOT DISPLACED, LOST, OR EVEN STOLDEN. WHERE THERE IS NO EVIDENTS TO THIS FACT, THERE IS EVIDENTS THE COURT DID NOT GET THIS. ITS BECAUSE THEY SAID THEY DIDN'T GET MARSHALLS FORMS.

12). PRISON PERSONAL IS NOT ALWAYS HONEST OR JUST, THEY ARE NOT PRAYER BOOKS. THE ONLY HONEST AND JUST PROCEDURE AFFORDED PLAINIFF IS THE UNITED STATES CONSTITUTION THATS GUARANTEEDS RELIEF IN VOILATION OF

OF THE PLAINIFF'S RIGHTS. DISTRICT COURT AGREED THE PLAINIFFS RIGHTS WAS VOLATED, OR HIS CLAIM HAD MERIT AS TO A COLORABLE CLAIM. CAN ONE HARMLESS ERROR DISMISS HIS CLAIM AND HIS CONSTITUTIONAL RIGHTS ALSO OUT THE WINDOW.

13). THE CIVIL ACT, 42 U.S.C, 1983, THE DISCLOSING PROCEDURE CONTAINED IN THIS CIVIL ACTION ARE ESSENTIAL ELEMENTS OF AN ACCUSED'S EFFORT TO DEFEND HIMSELF, AND OBTAIN JUSTICE. HIS ~~COMPLAINT~~ COMPLAINT FILED IS WARRENTED IN THE INTEREST OF JUSTICE, OR, WITHIN EXTRAORDINARY CIRCUMSTANCES.

14) THE RECORD WILL REFLECT THAT THE PLAINIFF HAS COMPLIED WITH DISTRICT COURT CONSISTENTLY. WHEN DEFENDANT'S DID NOT COMPLY AS SHOWN IN THE RECORD, THE PLAINIFF REQUESTED CONCERN AND ADDRESSED THE COURT. HAD HE KNOWN PRIOR TO, HE WOULD HAD REACTED. HE NEVER SAW THE ERROR OF THE MARSHALL FORMS UNTIL HE RECIVED THE COURT DOCKET.

5).

15). SEE: PLAINIFF EXHIBIT-11#, WHERE THE LAW-LIBRARY MR. JOHNSON' NOTARY AGREED TO THE TERMS OF HIS HELPING PLAINIFF TO FORWARD THE U.S. MARSHALL FORMS. MR. JOHNSON' IS THE PARALEGAL CORRECTIONAL OFFICER' STAFF. ON - 11/18/04, HE "DID" GIVE THE PLAINIFF 4-U.S. 285 MARSHALL FORMS.

AND "DID" HELP THE PLAINIFF IN THE PROPER WAY TO FILL OUT THE FORMS. AND "DID" PROVIDE THE PLAINIFF WITH THE LARGE ENVULOPE TO MAIL THE FORMS. UPON RETURNING BACK TO HIS HOUSING UNIT, PLAINIFF GAVE THE PACKAGE TO THE C/O OFFICER FOR MAILING.

FROM THAT POINT HIS MAIL WAS OUT OF HIS CONTROL, HE COULD ONLY PRAY THAT HIS MAIL REACH ITS DESITINATION. FROM THE COURT DOCKET SHEET DATED: 03/07/05, HE LERNED THAT HIS MAIL "WAS NOT", DOCKET ON THE COURT DOCKET SHEET. SEE: PLAINIFF'S EXHIBITS- PAGE, 6#). DISTRICT COURT SETFORTH A DOCUMENT STATING THAT THE MOTION COMPLAINT WAS CURRENTLY PENDING BEFORE THE COURT.

6).

YOU WILL BE ADVISED BY THE COURT AS TO FURTHER DEVELOPMENTS IN YOUR CASE. HOWEVER, ON THE NEXT PAGE - COURT-DOCKET ATTEACHED THERETO IS WHEN I NOTICED THE U.S. MARSHALL FORMS WAS NOT THERE. I THEN, FORWARD 4-MORE COPIES TO THE COURT AND MY COPY I HAD FOR MY RECORD TO SHOW THAT I DID SEND THE FORMS AS REQUIRED.

    I HAD BEEN CONSISTENT IN FILING THIS CLAIM. AND THE LAW-LIBRARY MR. JOHON, HAD BEEN CONSISTENT IN HELPING ME EACH WEEK. THIS HARMLESS ERROR SHOULD NOT OVER POWER PLAINIFF'S CONSTITUTION RIGHTS TO A FAIR HEARING.

WHEREFORE, THE PLAINIFF RESPECTFULLY REQUEST THAT THIS HONORABLE COURT GRANT THE RELIEF SOUGHT.

I DECLARE THE ABOVE IS TRUE UNDER PENALTY OF PERJURY

03/27/05   /Cornelius Harley/
DATED:   /CORNELIUS HARLEY/

UN-AVAILABLE
NOTARY