<u>UNITED STATES DISTRICT COURT</u>

CORNELIUS A. HARLEY,

VS.

STATE OF DELAWARE,
RAPHAEL R. WILLIAMS,
DEPARTMENT OF CORRECTION,
AND CORRECTIONAL OFFICER CANNON.

CIV. NO. 04-1308-KAJ



FILED
MAR 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN ADDITION TO THE ABOVE, I AM REQUESTING THAT YOU PLEASE BE SO KIND AND FORWARD TO ME A UP-DATE STATUS OF MY CASE. AND THUS, FORWARD TO ME A COPY OF THE UNITED STATES DISTRICT CIVIL DOCKET REPORT FOR THE ABOVE CASE AS STATED.
STARTING DOCKET INFORMATION FROM: 09-01-04, TO THE CURRECT DATE OF: 03-01-05.
THIS INFORMATION IS NEED FOR MY INDEPENDED REVIEW IN FILING ACTWARD CORRESPENDANCE TO THE COURT. YOUR PROMPT ASSISTANCE WOULD BE GREATLY APPRECIATED.

03/27/05
DATED:

RESPECTFULLY SUBMITTED,
Mr. Cornelius A. Harley
MR. CORNELIUS A. HARLEY
SBI-NO. 117751, 10#
H.R.Y.C.F.

I DECLARED THE ABOVE IS TRUE UNDER PENALTY OF PERJURY.

CONTINUED:

AND LASTLY, DATED 8th, DAY OF NOVEMBER, THIS COURT ORDERED THE DEFENDANTS, SEE: PARAGRAPH (5) OF THIS ORDER WHEREAS, THE DEFENDANTS IS REQUIRED TO RESPOND TO THIS 1983 COMPLAINT WITHIN 60 DAYS, OF THE COURT ORDER DATED AS ABOVE.

PLAINIFF, IS REQUESTING THAT THE COURT IN LIGHT HIM OF WHY THE DEFENDANT'S HAS NOT COMPLIED TO THIS ORDER AS STATED, "WITHIN 60 DAYS" TO RESPOND TO THIS CLAIM.

THANK YOU!

03/27/2005
DATED:

Mr. Cornelius Harley
MR. CORNELIUS HARLEY