OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 30, 2005

TO:  Cornelius A. Harley
     SBI #117751
     H.R.Y.C.F.

*RE:  Letter Requesting Status of Case; CA 04-1308 KAJ*

Dear Mr. Harley:

     This office has received a letter from you requesting the status of the above mentioned civil action.  Your case is assigned to the Honorable Kent A. Jordan and is currently pending before the Court.  You will be advised by the Court as to further developments in your case.

     Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page.  The docket sheet for the above mentioned case is four pages ($2.00). *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

     Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/jp                           PETER T. DALLEO
                              CLERK

cc:  The Honorable Kent A. Jordan: CA 04-1308 KAJ