<u>UNITED STATES DISTRICT COURT</u>

CORNELIUS A. HARLEY, et al,

VS.                                         CIV. NO. 04-1308-KAJ

STATE OF DELAWARE,



FILED
APR 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>RE: AMEND</u>

    IN ADDITION TO THE ABOVE, THE PLAINTIFF <u>CORNELIUS A. HARLEY</u> PRO SE, et al, IS REQUESTING THIS HONORABLE COURT TO DISREGARD "<u>AT THIS TIME</u>" THE ENCLOSED COPY OF THE DOCUMENT FILED IN THIS COURT AGAINST (<u>THE DEPART OF CORRECTION, AND, THE STATE OF DELAWARE</u>).

    PLEASE DISREGARD THE CLAIM AGAINST THESE DEFENDANTS. HOWEVER, DUE TO THE PLAINTIFF's LACK OF KNOWLEDGE AT LAW — HE THOUGHT THE FILING WAS WARRENTED WHEREAS A TRIP TO THE LAW-LIBRARY CONFIRMED DIFFERENTLY.

    THEREFORE, THE PLAINTIFF PRAY THAT THE COURT DISREGARD THE ENCLOSED DOCUMENT ON FILE IN THIS COURT.

RESPECTFULLY SUBMITTED

*Mr. Cornelius A. Harley*
MR. CORNELIUS HARLEY
SBI-NO. 117751 - P.O. BOX 9561 — H.R.Y.C.F.
WILMINGTON, DELAWARE.
19809.

03/31/2005
DATED:

JUDGE: <u>KENT A. JORDAN</u>

<u>UNITED STATES DISTRICT COURT</u>

<u>RE: RECONSIDERATION</u>

COMES NOW, THE PLAINIFF <u>CORNELIUS A. HARLEY</u>, PRO SE WHO RESPECTFULLY REQUEST THAT THIS COURT RECONSIDER ITS DECISION DISMISSING PLAINIFF'S CIVIL ACTION CLAIM AGAINST <u>"DEFENDANT'S STATE OF DELAWARE AND THE DEPARTMENT OF CORRECTION.</u>

HOWEVER, PURSUANT TO FED. R. CIV. F. 9.(M)(DI).(A). IT IS RELEVANT TO NOTE THAT THE PLAINIFF FORWARD 4-ADDITIONAL COPIES OF THE UNITED STATES MARSHALL FORMS ON 03/13/05 OPPOSED TO THE 3-ALREADY SERVERED TO THIS COURT. IN SUPPORT OF THIS DOCUMENT THE PLAINIFF ASSERT AS FOLLOWS: SEE, PLAINIFF'S MOTION DATED: 03/2th, 2005, <u>AND 03/24/05.</u>

AND
<u>03/27/2005</u>
DATED:

<u>Mr. Cornelius A. Harley</u>
MR. CORNELIUS HARLEY
SBI-NO. 117751
H.R.Y.C.F. BOX 9561
WILMINGTON, DELAWARE
19809,

JUDGE: <u>KENT A. JORAN</u>