IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORNELIUS HARLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.04-1308-KAJ |
| v. | ) | |
| | ) | Trial Jury Demanded |
| WARDEN RAPHAEL WILLIAMS and | ) | |
| C/O CANNON | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of Defendant Warden Raphael Williams. The Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the defendant. The defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M.Waters
Ophelia M. Waters, Bar ID#3879
Deputy Attorney General
Carvel State Bldg., 6th Fl.,
820 North French Street,
Wilmington, Delaware 19801
(302) 577-8400
ophelia.waters@state.de.us

Attorney for Defendant

Dated: May 24, 2005

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on May 24, 2005, I electronically filed an *Entry of Appearance* with the Clerk of the Court using CM/ECF. I hereby certify that on May 24, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant inmate plaintiff:

Cornelius A. Harley
SBI#00117751
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 8561
Wilmington, De  19809

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M.Waters
Ophelia M. Waters, Bar ID#3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
ophelia.waters@state.de.us

Attorney for Defendant

Dated: May 24, 2005