IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORNELIUS HARLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.04-1308-KAJ |
| v. | ) | |
| | ) | Trial Jury Demanded |
| WARDEN RAPHAEL WILLIAMS and | ) | |
| C/O CANNON | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR**
**ENLARGEMENT OF TIME**

COMES NOW the defendant, Warden Raphael Williams by and through counsel, Ophelia M. Waters, Deputy Attorney General, and request this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), grant an enlargement of time within which to file a responsive pleading in the above captioned case. In support of this motion, defendant offers the following:

1.  Cornelius A. Harley ("Plaintiff") filed this Complaint with leave to proceed *in forma pauperis* pursuant to 42 U.S.C. § 1983, on or about September 28, 2004. (D.I.#2). Although not stated as such, it appears the plaintiff is alleging Eighth Amendment violations of cruel and unusual punishment. On or about October 19, 2004, plaintiff was granted *in forma pauperis* status.(D.I.#4). On or about November 8, 2004, by Order of the Court, service of process was ordered upon the defendants and the Office of the Attorney General. (D.I.#6). On or about March 11, 2005, by Order of the Court, the case was dismissed without prejudice for failure of service of process. (D.I.#10).

2.  On or about March 15, 2005, the Court issued an Amended Order dismissing the State of Delaware and Department of Corrections ("DOC") from the case for failure to serve process upon the defendants. On or about March 18, 2005, service was executed upon defendant Raphael Williams.

(D.I.#14).

3.      Counsel became aware of this lawsuit yesterday, May 23rd when the complaint was faxed to the Attorney General's office from Gander Hill. To date, the Office of the Attorney General has not been served with the complaint; nor has the other remaining defendant, C/O Cannon.

4.      Counsel anticipates filing a responsive pleading however, due to the above described circumstances in addition to press of other litigation within the Correction Unit counsel requests an extension of time of thirty (30) days until Thursday, June 23, 2005, to file a response on behalf of the defendant.

5.      This is the defendant's first request for an extension of time to file a dispositive motion in this matter.

6.      A form of order is attached to this motion that will grant the defendant a thirty (30) day extension from May 23, 2005, date until on or before June 23, 2005, to file the defendant's response to plaintiff's Complaint.

WHEREFORE, for the hereinabove reasons, defendant respectfully requests that the Court grant the herein motion for an extension of time and set the deadline for filing a response on or before June 23, 2005.

                                                                      **STATE OF DELAWARE**
                                                                      **DEPARTMENT OF JUSTICE**

/s/ Ophelia M Waters
Ophelia M. Waters, ID#3879
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 North French Street, 6th Fl.
Dated: May 24, 2005                                      Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORNELIUS HARLEY )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>WARDEN RAPHAEL WILLIAMS and )<br>C/O CANNON )<br>)<br>    Defendants. ) | C.A. No.04-1308-KAJ<br><br>Trial Jury Demanded |

**O R D E R**

    This _____ day of _____, 2005, **IT IS HEREBY ORDERED**, that Defendant's Motion for Enlargement of Time is **GRANTED** and, Defendant shall file a response to Plaintiff's Complaint on or before June 23, 2005.

 

_____
Judge Kent A. Jordan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORNELIUS HARLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.04-1308-KAJ |
| v. | ) | |
| | ) | Trial Jury Demanded |
| WARDEN RAPHAEL WILLIAMS and | ) | |
| C/O CANNON | ) | |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATION OF COUNSEL**

The counsel for the Defendant, Deputy Attorney General Ophelia M. Waters, files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

1. The plaintiff is an inmate incarcerated in the Delaware Correctional system, at the Howard R. Young Correctional Facility ("Gander Hill") Wilmington, Delaware.

2. The counsel for defendant therefore, has spent no time in attempting to reach an agreement by telephone on the subject of the motion for enlargement of time.

3. She assumes that the motion is opposed.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

<u>/s/ Ophelia M. Waters</u>
Ophelia M.Waters, ID#3879
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French St.
Wilmington, De 19801
(302)577-8400
ophelia.waters@state.de.us

Attorney for Defendant

Dated: May 24, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORNELIUS HARLEY | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | C.A. No.04-1308-KAJ |
|     v. | ) | |
| | ) | Trial Jury Demanded |
| WARDEN RAPHAEL WILLIAMS and C/O CANNON | ) ) | |
| | ) | |
|     Defendants. | ) | |

## 16.5 CERTIFICATION

In compliance with Local Rule of Civil Procedure 16.5, counsel for the defendant making the request for an extension of time files this certification and states:

I certify that I have sent a copy of the request for an extension of time to file a response to plaintiff's Complaint to defendant Raphael Williams.

 

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Ophelia M. Waters
Ophelia M.Waters, ID#3879
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French St.
Wilmington, De 19801
(302)577-8400
Attorney for Defendant
ophelia.waters@state.de.us

Dated:   May 24, 2005

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on May 24, 2005, she caused the attached *Defendant's Motion for Enlargement of Time* to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Cornelius Harley, Inmate
SBI#00117751
Howard R. Young Correctional Facility (Gander Hill)
1301 East 12th Street
Wilmington, De  19809

**MANNER OF DELIVERY:**

\_\_\_\_\_   One true copy by facsimile transmission to each recipient.

  X   Two true copies by first class mail, postage prepaid, to each recipient.

\_\_\_\_\_   Two true copies by Federal Express.

\_\_\_\_\_   Two true copies by hand delivery to each recipient.

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Deputy Attorney General
Attorney for Defendant
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
ophelia.waters@state.de.us