IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELIUS HARLEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN RAPHAEL WILLIAMS and )<br>C/O CANNON )<br>)<br>Defendants. ) | C.A. No.04-1308-KAJ<br><br>Trial Jury Demanded |

### ORDER

This 25th day of May, 2005, **IT IS HEREBY ORDERED**, that Defendant's Motion for Enlargement of Time is GRANTED and, Defendant shall file a response to Plaintiff's Complaint on or before June 23, 2005.

Judge Kent A. Jordan