**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORNELIUS HARLEY | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | C.A. No.04-1308-KAJ |
| v. | ) | |
| | ) | Trial Jury Demanded |
| WARDEN RAPHAEL WILLIAMS and | ) | |
| C/O CANNON | ) | |
| | ) | |
|     Defendants. | ) | |

**AMENDED ENTRY OF APPEARANCE**

    PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of Defendant C/O Mark Cannon. This Amended Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the defendant. The defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                    STATE OF DELAWARE
                                    DEPARTMENT OF JUSTICE

                                    /s/ Ophelia M.Waters
                                    Ophelia M. Waters, Bar ID#3879
                                    Deputy Attorney General
                                    Carvel State Bldg., 6th Fl.,
                                    820 North French Street,
                                    Wilmington, Delaware 19801
                                    (302) 577-8400
                                    ophelia.waters@state.de.us

                                    Attorney for Defendants

Dated: June 8, 2005

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on June 8, 2005, I electronically filed an *Amended Entry of Appearance* with the Clerk of the Court using CM/ECF. I hereby certify that on June 8, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant inmate plaintiff:

Cornelius A. Harley
SBI#00117751
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 8561
Wilmington, De  19809

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M.Waters
Ophelia M. Waters, Bar ID#3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
ophelia.waters@state.de.us

Attorney for Defendants