IN THE UNITED STATES DISTRICT COURT OF DELAWARE

CORNELIUS ANDRE HARLEY,

VS.                                       C.A. No. 04-1308-KAJ

WARDEN RAPHAEL WILLIAMS,

AND C/O CANNON.

FILED
JUN 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    COMES NOW, MR. CORNELIUS A. HARLEY, PRO SE, WHO RESPECTFULLY REQUEST THIS HONORABLE COURT TO GRANT APPOINTMENT OF COUNSEL "DEFENCE LAWYER" FOR PROFESSIONAL ASSISTANCE IN MEETING THE STATES CASE. THE PLAINTIFF AFFERS AS FOLLOWS:

1). THE PLAINTIFF HAS BEEN GRANTED TO PROCEED IN FARMA PAUPERIS AS WELL AS PRO SE INDIGENT ASSIGNED TO JUDGE KENT A. JORDEN. THE PLAINTIFF CONTENDS THAT HE "DO NO" HAVE ANY LEGALITY, AGAINST THE DEFENDANTS HEREIN, EVEN MORE SO, HE HAS NO PRINCIPLES OF LAW TO DEFEND HIMSELF ADEQUATEY AGAINS THE DEFENDANTS CITED HERE.

However, the plaintiff "DO NOT" have any money to pay a law library inmant (jail house lawer). There is only 45 minutes a week allowed in the law-library.

2). On the other hand, the proosecutor case against Harley has enless knowledge to stand agaist Harley pro se moreover, it is recognizd that the sixth amenoment right to counsel exits and is needed in order to protect the fundament right to a fair trial.

3). The sixth and fourteeth amenments guarantee a person accused of a crime the right to the aid of a lawyer in preparing and presenting his defense.

Wherefore, the plainisf respectfully request that this honorable court grant him assistance

OF COUNSEL AT THIS STAGE OF THE PLAINIFF'S CLAIM, OR COMPLAINT, OR LAW-SUITE, 1983

I DECLARE THE ABOVE IS TURE UNDER PENALTY OF PERJURY

06/16/05    *Cornelius A. Harley*

DATED:    CORNELIUS A. HARLEY    UN-AVAILABE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King Street
Wilmington Delaware 19801-

LEGAL MAIL ONLY

MR. CORNELIUS A. HARLEY
SBI. No. 117751
Howard R. Young C.F.
1301 East 12th Street
P.O. Box 9561
Wilmington, Delaware.
19809.