IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORNELIUS HARLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.04-1308-KAJ |
| v. | ) | |
| | ) | Trial Jury Demanded |
| WARDEN RAPHAEL WILLIAMS and | ) | |
| C/O CANNON | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT RAPHAEL WILLIAMS' MOTION TO DISMISS**

**COMES NOW** Raphael Williams by and through his counsel, Deputy Attorney General Ophelia M. Waters, and moves this Honorable Court to dismiss this action pursuant to Fed. R.Civ. P. 12(c) . In support of his motion, Defendant Williams presents a Memorandum of Points and Authorities in Support of his Motion to Dismiss filed simultaneously herewith.

                                                  **DEPARTMENT OF JUSTICE**
                                                  **STATE OF DELAWARE**

                                                  /s/ Ophelia M. Waters
                                                  Ophelia M. Waters, ID#3879
                                                  Deputy Attorney General
                                                  Attorney for Defendant
                                                  Carvel State Office Building
                                                  820 N. French Street, 6th Floor
                                                  Wilmington, DE 19801
                                                  302-577-8400
                                                  ophelia.waters@state.de.us

Dated:   June 23, 2005

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELIUS HARLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.04-1308-KAJ |
| v. ) | |
| ) | Trial Jury Demanded |
| WARDEN RAPHAEL WILLIAMS and ) | |
| C/O CANNON ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**IT IS HEREBY ORDERED** this _____day of _____, 2005, that

Defendant Raphael Williams' Motion to Dismiss is hereby **GRANTED.**

_____
Judge Kent A. Jordan

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2005, I electronically filed *Defendant Raphael Williams' Motion to Dismiss* with the Clerk of Court using CM/ECF. I hereby certify that on June 23, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Cornelius Harley, Inmate
SBI#00117751
Howard R. Young Correctional Facility (Gander Hill)
1301 East 12th Street
Wilmington, De  19809

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Deputy Attorney General
Attorney for Defendant
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
ophelia.waters@state.de.us