IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

CORNELIUS A. HARLEY
VS.                                              C.A. No. 04-1308-KAJ
RAPHAEL WILLIAMS
AND C/O CANNON

    IN ADDITION TO THE ABOVE, JULY 19, 2005, THE PLAINTIFF RECEIVED A SCHEDULING ORDER DATED JULY 15, 2005, HOWEVER, THE PLAINTIFF "DO NOT" HAVE LEGAL KNOWLEDGE IN UNDERSTANDING THE WORDING OF THIS DOCUMENT AND "DO NOT" HAVE ACCESS TO THE PRISON LAW-LIBERARY ONLY ONCE A WEEK. AS TODAYS DATE

    SCHEDULING APPOINTMENT IS JULY 21ST 2005, THEREFORE, THE PLAINTIFF RESPECTFULLY REQUEST THAT YOU PLEASE BE SO KIND AND ALLOW THE PLAINTIFF TIME TO CONSULT WITH THE LAW-LIBRARY WHOM WOULD GIVE THE PLAINTIFF A CLEAR UNDERSTANDING OF THE LEGAL WORDING OF THIS DOCUMENT.

HOPEFULLY, YOU WOULD FORWARD YOUR REPLY TO THE REQUEST OF THIS MATTER.

                                              Respectfully Submitted

                                          Mr. Cornelius A. Harley
                                          MR. CORNELIUS A. HARLEY
                                          SBI-No. 117751 -#1D
                                          P.O. Box 9561, H.R.Y.C.F.
                                          WILMINGTON, DELAWARE.
                                                      19809.

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE
JUL 21 PM 12:43