

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
**Carvel State Building**
**820 N. French Street**
**Wilmington, DE 19801**
**Criminal Division (302) 577-8500**
**Fax: (302) 577-2496**
**Civil Division (302) 577-8400**
**Fax: (302) 577-6630**
**TTY: (302) 577-5783**

**KENT COUNTY**
**102 West Water Street**
**Dover, DE 19901**
**Criminal Division (302) 739-4211**
**Fax: (302) 739-6727**
**Civil Division (302) 739-7641**
**Fax: (302) 739-7652**
**TTY: (302) 739-1545**

**SUSSEX COUNTY**
**114 E. Market Street**
**Georgetown, DE 19947**
**(302) 856-5352**
**Fax: (302) 856-5369**
**TTY: (302) 856-2500**

**PLEASE REPLY TO:**

July 25, 2005

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    **Re:    Harley v. Williams, et al.**
                **C.A. No. 04-1308-KAJ**

Dear Judge Jordan:

    Enclosed please find a copy of a proposed scheduling order in accordance with the July 7, 2005 Order. Counsel sent plaintiff a copy of the proposed order on July 15th and has not received a response.

    Should Your Honor require additional information, I am available at the convenience of the court.

                                          Respectfully,

                                          /s/ Ophelia M. Waters

                                          Ophelia M. Waters
                                          Deputy Attorney General

OMW/lc

    Cc:    Cornelius Harley