IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

CORNELIUS A. HARLEY
SBI-No. 117751
Box P.O. 9561
WILMINGTON, DELAWARE



FILED

JUL 26 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: HARLEY V. WILLIAMS
C.A. No. 04-1308-KAJ

IN ADDITION TO THE ABOVE, 07/15/2005, AND PRIOR TO DATED 07/07/2005 THE PLAINTIFF RECEIVED A DOCUMENT FROM HONORABLE KENT JORDEN. HOWEVER, THE DOCUMENT RECEIVED FROM YOUR OFFICE STATES "SCHEDULING ORDER", RULE 16, LOCAL 16.2(a).

AFTHER REVIEWING THIS DOCUMENT IT IS BELIEVED THAT THE CONTENTS IS RELATING TO OR PLANNING AND SCHEDULING A CONFERENCE MEETING AS STATED HERE. IT IS RELEVANT TO NOTE THAT THE PLAINTIFF IS A INMATE AT H.R.Y.C.F. (PRISON) AND "DO NOT" HAVE ANY MEANS IN SCHEDULING A TELEPHONE CONFERENCE.

AND, MOREOVER, UNBLE TO COMPLY WITH THE ORDER 26(a)(1) OR COMPLY TO ELETRONIC DOCUMENTS 07/15/05. WITH RESPECT TO, THE PLAINTIFF IS RESPECTFULLY REQUESTING THAT YOU PLEASE BE SO KIND AND FORWARD YOUR

INTENTION TO RESOLVE THIS DISCOVERY DISPUTE AND RATHER OR NOT THE PLAINTIFF MOST PARTICIPATE HIS "APPEARANCE". WHERE WOULD THIS TAKE PLACE AND DATE AND TIME?.

FINALLY, PLEASE FORWARD THE NAME OF PLAINTIFF's COUNSEL (LAWYER) THAT WILL INITIATE THE TELEPHONE CALL AS STATED ON PAGE (4) PARAGRAPH (8) OF THIS "SCHEDULING ORDER" DATED: 07/15/05 EVENMORESO, THE PLAINTIFF NEED TO KNOW HOW COUNSEL CAN BE REACHED "NAME AND ADDRESS"

YOUR PROMPT REPLY WOULD BE GREATLY APPRECIATED!

RESPECTFULLY SUBMITTED

07-25-2005
DATED:

Mr. Cornelius L. Harley
MR. CORNELIUS HARLEY
SBI-No. 117251
H.R.Y.C.F.
P.O. Box 9561
WILMINGTON, DELAWARE.
19809.

c/c: HONORABLE KENT A. JORDAN,
      DEPUTY ATTORNEY GENERAL.





MR. CORNELIUS A. HARLEY
SBI-No. 177751-H.R.Y.C.F.
P.O. Box 9561
WILMINGTON, DELAWARE 19809

HONORABLE KENT A. JORDAN
OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE.
19801.

LEGAL MAIL ONLY