OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 1, 2005

TO:   Cornelius A. Harley
      SBI# 117751
      HRYCF
      1301 East 12th Street
      P.O. Box 9561
      Wilmington, DE 19809

   **RE:   Response Letter; 04-1308(KAJ)**

Dear Mr. Harley:

   This office is in receipt of a letter from you dated 7/25/05. In response to DI 34, a telephonic scheduling conference is to be initiated by Defense counsel.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/bad                                PETER T. DALLEO
                                    CLERK

cc:   The Honorable Kent A. Jordan
enc.  DI 31

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

(34)

CORNELIUS A. HARLEY
SBI-No. 117751
BOX P.O. 9561
WILMINGTON, DELAWARE



FILED
JUL 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bo scanned

RE: HARLEY V. WILLIAMS
C.A. NO. 04-1308-KAJ

IN ADDITION TO THE ABOVE, 07/15/2005, AND PRIOR TO DATED 07/07/2005 THE PLAINTIFF RECEIVED A DOCUMENT FROM HONORABLE KENT JORDEN. HOWEVER, THE DOCUMENT RECEIVED FROM YOUR OFFICE STATES "SHEDULING ORDER", RULE 16, LOCAL 16.2(a).

AFTHER REVIEWING THIS DOCUMENT IT IS BELIEVED THAT THE CONTENTS IS RELATING TO OR PLANNING AND SCHEDULING A CONFERENCE MEETING AS STATED HERE. IT IS RELEVANT TO NOTE THAT THE PLAINTIFF IS A INMATE AT H.R.Y.C.F. (PRISON) AND "DO NOT" HAVE ANY MEANS IN SCHEDULING A TELEPHONE CONFERENCE.

AND, MOREOVER, UNBLE TO COMPLY WITH THE ORDER 26(a)(c) OR COMPLY TO ELETRONIC DOCUMENTS 07/15/05. WITH RESPECT TO, THE PLAINTIFF IS RESPECTFULLY REQUESTING THAT YOU PLEASE BE SO KIND AND FORWARD YOUR