**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

CORNELIUS ANDRE HARLEY,            :
                                   :
                Plaintiff,         :
                                   :
        v.                         :     Civil Action No. 04-1308-KAJ
                                   :
WARDEN RAPHAEL WILLIAMS, ET AL.,   :
                                   :
                Defendants.        :

## ORDER

At Wilmington this **30th** day of **August, 2005**.

IT IS ORDERED that no mediation shall be scheduled in this matter until after the Magistrate Judge is advised by counsel for defendants regarding the outstanding motion to dismiss on behalf of defendant Williams. Once a decision has been rendered, the Court shall schedule another teleconference regarding the status of the case with relation to possible mediation. Ms. Waters shall address plaintiff's concerns regarding mail access and advise plaintiff through appropriate channels the outcome of her inquiry.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


                                    /s/ Mary Pat Thynge
                                    UNITED STATES MAGISTRATE JUDGE