The Honorable Judge
Kent Jordan
U.S. District Court.
Wilmington, De. 19801

Cornelius Harley
P.O. Box 9561
Wilm. De.
19809

27 August 05

Re: Civ No 04-1308-KAJ

Your Honor

My name is Cornelius Harley. I have an active case in your court. I bring to your attention that I have no funds, except 15¢ (since Sept 04). Because I do have 15¢ on the books the mailroom refuses to send out my legal mail to your court. A stamp costs 37¢. I have tried to spend this 15¢ but the Dept. will not work with me. The end result is that I am not able to send legal mail. Would you please check into this. Enclosed is a letter from another individual with the same problem

Respectfully  Mr. Cornelius A. Harley

Judge Kent Jordan
U.S. District Court
Wilmington, De. 19801

27 August 05

Leonard Baylis 100231
Box 9561
Wilmington De.
19809

Dear Judge Jordan, my name is Leonard Baylis. I have a case in state court. I am indigent (and on the indigent list) and I cannot afford postage. The prison allows 4 letters a month but REFUSES to send out legal mail that is overweight.

Your Honor, I need to communicate data to my attorney; as he does not visit here, I need to send out material for him to review which is lengthy. Also, if an appeal is in order, there will be motions and such sent from here which will be overweight. Is there anything you can do to clarify that legal mail should not be delayed or obstructed. Respectfully,

Leonard Baylis

Leonard Baylis 100231
Box 9561
Wilmington, De. 19809

The Honorable Kent A Jordan
United States District Court,
1100 U.S. CourtHouse and Federal Bldg.
Wilmington, De. 19805