OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 2, 2005

TO: Cornelius Andre Harley
SBI #117751
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

**RE: Letter dated 8/27/05; 04-1308(KAJ)**

Dear Mr. Harley:

The above referenced letter has been received by this office requesting assistance regarding legal advice in regards to legal mail. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

The Honorable Judge
Kent Jordan
U.S. District Court.
Wilmington, De. 19801

Cornelius Harley
P.O. Box 9561
Wilm. De.
19809

27 August 05

Re: Civ No 04-1308-KAJ

Your Honor

My name is Cornelius Harley. I have an active case in your court. I bring to your attention that I have no funds, except 15¢ (since sept 04). Because I do have 15¢ on the books the mailroom REFUSES to send out my legal mail to your court. A stamp costs 37¢. I have tried to spend this 15¢ But the Dept. will not work with me. The end Result is that I am not able to send legal mail. Would you please check into this. Enclosed is a letter from another individual with the same problem

Respectfully  Mr. Cornelius A. Harley