

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| | | |
|---|---|---|
| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

December 8, 2005

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

**Re:    Harley v. Williams, et al.**
       **C.A. No. 04-1308-KAJ**

Dear Judge Jordan:

    Please be advised that Plaintiff, Cornelius Harley, is deceased.  He passed away on or about October 3, 2005.  A previous letter had been sent to Magistrate Judge Mary Pat Thynge (see attached).

    Should Your Honor require additional information, I am available at the convenience of the court.

                              Respectfully,

                              /s/ Ophelia M. Waters

                              Ophelia M. Waters
                              Deputy Attorney General

OMW/lc

Enclosure