**M. JANE BRADY**
**ATTORNEY GENERAL**



# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO :**                October 18, 2005

[New Castle County-Civil Division]

Magistrate Judge Mary Pat Thynge
U.S. District Court
844 N. King Street
Wilmington, DE 19801

**Re:    Harley v. Williams, et al.**
       **C.A. No. 04-1308-KAJ**

Dear Judge Thynge:

    I have been informed that Cornelius Harley, Plaintiff in the above captioned case, passed away on or about October 3, 2005 at the St. Francis Hospital.

Respectfully submitted,

Ophelia M. Waters
Deputy Attorney General