IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORNELIUS HARLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.04-1308-KAJ |
| v. | ) | |
| | ) | Trial Jury Demanded |
| WARDEN RAPHAEL WILLIAMS and C/O CANNON | ) ) | |
| | ) | |
| Defendants. | ) | |

**SUGGESTION OF DEATH**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(2)**

Please take notice that Cornelius A. Harley, plaintiff in the above-captioned case, died on October 02, 2005. A redacted copy of his death certificate excluding all information related to the next of kin, and causes and manner of death is attached hereto.

/s/ Ophelia M.Waters
Ophelia M. Waters, Bar ID#3879
Deputy Attorney General
Carvel State Bldg., 6th Fl.,
820 North French Street,
Wilmington, Delaware 19801
(302) 577-8400
ophelia.waters@state.de.us

Dated: December 21, 2005

Attorney for Defendants

# CERTIFICATE OF DEATH
## State of Delaware (107)

**OFFICE OF VITAL STATISTICS**
DOC. NO. 95-05-20-00/08/20

**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**

LOCAL REG NO. | STATE FILE NUMBER

### DECEDENT

1. DECEDENT'S NAME (FIRST, MIDDLE, LAST): **CORNELIUS HARLEY**
2. SEX: **MALE**
3. DATE OF DEATH (MO., DAY, YR): **OCTOBER 2, 2005**
4. SOCIAL SECURITY NO.: **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**
5A. AGE (YRS): **52**
5B. UNDER 1 YEAR MONTHS DAYS:
5C. UNDER 1 DAY HOURS MINUTES:
6. DATE OF BIRTH (MO., DAY, YR): **7-14-1953**
7. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): **Wilmington, DE**
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: ☐ YES ☒ NO
9. ANATOMICAL GIFT: ☐ CONSENT GRANTED ☒ NOT GRANTED
10A. PLACE OF DEATH: ☒ HOSPITAL INPATIENT ☐ ER/OUTPATIENT ☐ DOA ☐ NURSING HOME ☐ RESIDENCE ☐ OTHER (SPECIFY)
10B. FACILITY NAME: **ST. FRANCIS HOSPITAL**
10C. CITY, TOWN, OR LOCATION OF DEATH: **WILMINGTON**
10D. COUNTY OF DEATH: **N.C.**
11. MARITAL STATUS: **Never Married**
12. SURVIVING SPOUSE: —
13A. DECEDENT'S USUAL OCCUPATION: **Construction Worker**
13B. KIND OF BUSINESS/INDUSTRY: **Construction**
14A. RESIDENCE — STATE: **Delaware**
14B. COUNTY: **New Castle**
14C. CITY, TOWN, OR LOCATION: **Wilmington**
14D. STREET AND NUMBER: **427 N. Broom Street**
14E. INSIDE CITY LIMITS?: **Yes**
14F. ZIP CODE: **19805**
15. WAS DECEDENT OF HISPANIC ORIGIN?: ☒ NO ☐ YES
16. RACE: **BLACK**
17. DECEDENT'S EDUCATION — ELEMENTARY/SECONDARY (0-12): **11** | COLLEGE (1-4 OR 5+): —

### PARENTS
18. FATHER'S NAME: [redacted]
19. MOTHER'S NAME: [redacted]

### INFORMANT
20A. INFORMANT'S NAME: [redacted]
20B. MAILING ADDRESS: [redacted]

### DISPOSITION
21A. METHOD OF DISPOSITION: ☒ BURIAL ☐ CREMATION ☐ REMOVAL FROM STATE ☐ DONATION ☐ OTHER
21B. PLACE OF DISPOSITION: **Gracelawn Memorial Park**
21C. LOCATION: **New Castle, DE**
22. SIGNATURE OF FUNERAL DIRECTOR: [signature]
22B. LICENSE NUMBER: **581**
23. NAME AND ADDRESS OF FACILITY: **The House of Wright Mortuary, PO Box 447, Wilm., DE 19802**
24. REGISTRAR'S SIGNATURE: [signature]
25. DATE FILED: **OCT 07 2005**

### PRONOUNCING OFFICIAL
26A. [Pronouncing physician]: **DR. MELENDEZ**
27. TIME OF DEATH: **9:03** ☐ AM ☒ PM
28. DATE PRONOUNCED DEAD: **OCTOBER 2, 2005**
29. WAS CASE REFERRED TO MEDICAL EXAMINER?: **YES**

### CERTIFIER
30A. CERTIFIER: ☒ MEDICAL EXAMINER
30B. SIGNATURE AND TITLE OF CERTIFIER: [signature] **ASSISTANT MEDICAL EXAMINER**
30C. LICENSE NUMBER: **C10007039**
30D. DATE SIGNED: **OCTOBER 4, 2005**
31. NAME AND ADDRESS OF CERTIFIER: **JENNIE VERSCHVOVSKY, M.D., 200 SOUTH ADAMS STREET, WILMINGTON, DE 19801**

32A. WAS AN AUTOPSY PERFORMED?: ☐ YES ☒ NO
32B. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: ☐ YES ☐ NO
33. MANNER OF DEATH: ☒ NATURAL ☐ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ PENDING INVESTIGATION ☐ UNDETERMINED
34. DATE OF INJURY:
35. TIME OF INJURY:
36. INJURY AT WORK?: ☐ YES ☐ NO
37. DESCRIBE HOW INJURY OCCURRED:
38. PLACE OF INJURY:
39. LOCATION:

40. PART I – CAUSE OF DEATH:
IMMEDIATE CAUSE (A): [redacted]
DUE TO (B):
DUE TO (C):
DUE TO (D):

PART II OTHER SIGNIFICANT CONDITIONS — CONTRIBUTING TO CAUSE OF DEATH: [redacted]

REV. 9/99