IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELIUS ANDRE HARLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-1308 (KAJ) |
| WARDEN RAPHAEL WILLIAMS, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington, this 23rd day of December, 2005,

WHEREAS, the plaintiff is deceased and a Suggestion of Death was filed by the defendants on December 21, 2005 (D.I. 45),

IT IS ORDERED that this action is dismissed.

_____
UNITED STATES DISTRICT JUDGE